IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM CHRISTOPHER YARBROUGH,<br><br>Plaintiff,<br><br>v.<br><br>HENDERSON COUNTY, TENNESSEE, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 1:21-cv-01074-STA-jay |

JOINT RULE 26(f) REPORT

1. Pursuant to Fed. R. Civ. P. 26(f), Leanne A. Thorne – attorney for Plaintiff William Christopher Yarbrough ("Plaintiff"), J. Austin Stokes – attorney for Defendants Henderson County, Tennessee, Jackie Bausman, Gary Simpson, Austin Owen, Wendi Eitleman, Cordero Staten, Taylor Stegall, Kristi Cotton, and Jessilyn Marshall ("Henderson County Defendants"), and Daniel F. Beasley – attorney for Defendant Nurse Jennifer Davis, LPN ("Defendant Davis"), conferred regarding the issues set forth below.

2. **Initial Disclosures**. The parties will complete by **October 21, 2021**, the initial disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure.

3. **Discovery Plan**. The parties jointly propose to the Court the following discovery plan:

(a) Discovery will be needed on these subjects:

1. Liability
2. Causation
3. Damages; and
4. Defendants' Affirmative Defenses

(b) The disclosure or discovery of electronically stored information is not anticipated to be an issue in this case. To the extent that disclosure or discovery of electronic stored

information does not become an issue, the parties will meet to confer over the proper handling of same and will supplement this Discovery Plan accordingly.

(c) The parties agree that claims of privilege or of protection as trial preparation material, including procedures to assert said claims after production, will be governed by the procedures outlined in Rule 26(b)(5) of the Federal Rules of Civil Procedure.

(d) Dates for commencing and completing discovery, including discovery to be commenced or completed before other discovery is as follows:

COMPLETING ALL DISCOVERY AS FOLLOWS: **August 8, 2022**

DOCUMENT PRODUCTION, INTERROGATORIES, and REQUEST FOR ADMISSIONS: **March 2, 2022**

FACT DISCOVERY DEPOSITIONS: **April 4, 2022**

EXPERT DISCLOSURE (Rule 26):

(i) Plaintiff's Rule 26 Experts: **May 4, 2022**

(ii) Defendants' Rule 26 Experts: **June 17, 2022**

(iii) Plaintiff's Supplementation under Rule 26: **July 1, 2022**

(iv) Defendants' Supplementation under Rule 26: **July 15, 2022**

(v) Expert Witness Depositions: **August 8, 2022**

(e) Maximum number of interrogatories by each party to another party shall not exceed 25 with response to said interrogatories being due 30 days after service of same.

(f) The maximum number of requests for admissions by each party to another party shall not exceed 25 with responses to said request for admissions being due 30 days after service of same.

(g) The maximum number of depositions for each party not including Rule 26 designated Experts shall be 10, unless additional depositions are agreed to in writing by the parties.

(h) The length of any individual deposition shall not exceed 7 hours in deposition time unless an extension is agreed to in writing by the parties.

4. **Other Items:**

(a) Final dates for parties to amend pleadings or join parties: **December 8, 2021**

(b) Final dates to file dispositive motions: **September 7, 2022**

(c) State the prospects for settlement: At the conclusion of discovery.

(d) Identify any alternative dispute resolution procedure that may enhance settlement prospects: The parties will participate in the court required ADR and have mutually agreed to do so with **John Burleson** prior to the mediation deadline set forth in the Court's Scheduling Order and on a date that is mutually agreeable to the parties.

(e) Final dates for submitting Rule 26(a)(3) witness lists, designations of witnesses whose testimony will be presented by deposition and exhibit lists:

(i) Plaintiff: To be done in accordance with the trial judge's notice of trial setting.

(ii) Defendants: To be done in accordance with the trial judge's notice of trial setting.

(f) Final dates to file objections under Rule 26(a)(3):

(i) Plaintiff: To be done in accordance with the trial judge's notice of trial setting.

(ii) Defendants: To be done in accordance with the trial judge's notice of trial setting.

(g) Suggested trial date and estimate of trial length:

(i) Suggested Trial Date: At the convenience of the Court.

(ii) Estimated Trial Length: 4 days

Respectfully submitted,

By: s/Leanne A. Thorne (with permission)
Leanne A. Thorne (#23481)
*Attorney for Plaintiff*
P.O. Box 262
Lexington, TN 38351
(731) 968-9810
thornelaw@hotmail.com

PENTECOST, GLENN & MAULDIN, PLLC

By: s/J. Austin Stokes
William B. Mauldin (#22912)
J. Austin Stokes (#31308)
*Attorneys for Henderson County Defendants*
162 Murray Guard Drive, Ste. B
Jackson, TN 38305
(731) 668-5995
wmauldin@pgmfirm.com
astokes@pgmfirm.com

LANIER FORD SHAVER & PAYNE P.C.

By: s/Daniel F. Beasley
Daniel F. Beasley
*Attorneys for Defendant Davis*
2101 Clinton Avenue West, Suite 102 [35805]
P. O. Box 2087
Huntsville, Alabama 35804
Tel. (256) 535-1100
Fax (256) 533-9322
dbeasley@lanierford.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was served via US District Court ECF system upon:

Leanne A. Thorne
P.O. Box 262
Lexington, TN 38351

Daniel Farris Beasley
P.O. Box 2087
Huntsville, AL 35804
dbeasley@lanierford.com

DATED: This the 2nd day of September, 2021.

PENTECOST, GLENN & MAULDIN, PLLC

By: s/J. Austin Stokes
J. Austin Stokes